# United States Court of Appeals

## For the Eighth Circuit

_____

No. 22-1257

_____

Harold Moses Covert

*Plaintiff - Appellant*

v.

Dexter Payne; Wendy Kelley; James Gibson; Brandon C. Carroll, Chief of Security, Varner Supermax, ADC; James Shipman, Deputy Warden, Varner Supermax, ADC; Marshall Dale Reed, Chief Deputy Director, Varner Supermax, ADC; James Plummer, Captain, Varner Supermax, ADC; Scott Taylor, Captain, Varner Supermax, ADC; Flora Washington, Classification, Varner Supermax, ADC; Rodney Brown, Lt., Varner Supermax, ADC; Mahoney, Lt., Varner Supermax, ADC; Mary Lloyd, Lt., Varner Supermax, ADC

*Defendants - Appellees*

Joseph Bivens, Lt., Varner Supermax, ADC

*Defendant*

Michael R. Demery, Lt., Varner Supermax, ADC; Walter Washington, Lt., Varner Supermax, ADC; Telicia Mothershed, Sgt., Varner Supermax, ADC; Missally Williams, "Simpson", Sgt., Varner Supermax, ADC; Tashalia Dunlap, Sgt., Varner Supermax, ADC; Roosevelt Jones, Sgt., Varner Supermax, ADC; Brandon Medders, Sgt., Varner Supermax, ADC

*Defendants - Appellees*

R. Owen, Grievance Coordinator, Varner Supermax, ADC

*Defendant*

A. Cook, Corporal, Varner Supermax, ADC

*Defendant - Appellee*

A. Lewis, Corporal, Varner Supermax, ADC

*Defendant*

Johnson, Corporal, Varner Supermax, ADC; Glover, Corporal, Varner Supermax, ADC

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Arkansas

_____

Submitted: August 15, 2022
Filed: August 30, 2022
[Unpublished]

_____

Before LOKEN, GRASZ, and KOBES, Circuit Judges.

_____

PER CURIAM.

Arkansas inmate Harold Covert appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. After careful review of the record and the parties' arguments on appeal, we conclude the grant of summary judgment was proper for the reasons stated by the district court. *See Morris v. Cradduck*, 954

_____

[1]The Honorable Billy Roy Wilson, United States District Judge for the Eastern District of Arkansas, adopting the recommendation of the Honorable Edie R. Ervin, United States Magistrate Judge for the Eastern District of Arkansas.

F.3d 1055, 1058 (8th Cir. 2020) (reviewing de novo grant of summary judgment). Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____